**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7730**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

DAVID ANTHONY TAYLOR,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:12-cr-00043-GEC-1)

———————

Submitted: April 16, 2015          Decided: April 20, 2015

———————

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David Anthony Taylor, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Anthony Taylor appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Taylor</u>, No. 7:12-cr-00043-GEC-1 (W.D. Va. Nov. 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>